August 20, 2010

Mr. Kevin D. Jewell
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002
Mr. Richard Russell Hollenbeck
Wright Brown & Close, LLP
Three Riverway, Suite 600
Houston, TX 77056

RE: Case Number: 08-0592
 Court of Appeals Number: 09-06-00251-CV
 Trial Court Number: 00-09-5961

Style: FRESH COAT, INC.
 v.
 K-2, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Carol Anne Flores |
| |Ms. Barbara |
| |Gladden-Adamick |